IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JODY GREGORY CLARKE, #233 607, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.  2:13cv-639-WHA |
| | ) |
| DARRYL D. MALDON, COI, et al., | )            (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

No timely objection having been filed to the recommendation of the Magistrate Judge (Doc. #7), entered on January 3, 2014, and upon a review of the file, the court ADOPTS the Recommendation, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

DONE this 27th day of January, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE