IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JODY GREGORY CLARKE, #233 607, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:13cv-639-WHA |
| DARRYL D. MALDON, COI, et al., | )           (WO) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED without prejudice.

DONE this 27th day of January, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE